**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RONALD R. VEAL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -vs- ) | Case No. CIV-08-350-F |
| ) | |
| JUSTIN JONES, Director of the ) | |
| Oklahoma Department of ) | |
| Corrections, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On December 22, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that the court grant respondent's motion to dismiss and dismiss petitioner's habeas corpus petition on the grounds of mootness.

Presently before the court is petitioner's objection to the Report and Recommendation. The court has conducted a *de novo* review of the matter in accordance with 28 U.S.C. § 636(b)(1). Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Bacharach. The court finds petitioner's objections to be without merit. Therefore, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on December 22, 2008 (doc. no. 32) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss as Moot, filed September 30, 2008 (doc. no. 26), is **GRANTED**. Petitioner's Petition

for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** on the grounds of mootness.

DATED February 12, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-350p003.wpd